UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                Case No. 2:25-cr-206-SPC-KRH

LUIS EMILIO HERNANDEZ

_____/

## ORDER OF FORFEITURE

Before the court is the United States' Motion for an Order of Forfeiture against Defendant Luis Emilio Hernandez in the amount of $1,261,019. (Doc. 62). Now that the Defendant has been adjudicated guilty of Counts One through Eight of the Indictment (Doc. 22), a wire fraud scheme, in violation of 18 U.S.C. § 1343, and illegal monetary transactions, in violation of 18 U.S.C. §§ 1957 and 2, the United States seeks and order forfeiting his interest in the $1,261,019. *See* 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

In so moving, the United States has established that the defendant personally obtained $1,261,019 in proceeds as a result of the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the $1,261,019.

Accordingly, it is

**ORDERED:**

The United States' Motion for an Order of Forfeiture as to Defendant Luis Emilio Hernandez (Doc. 62) is **GRANTED**.

1.  The defendant is liable for an order of forfeiture in the amount of $1,261,019.

2.  The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $1,261,019 order of forfeiture.

3.  Any asset forfeited from the defendant shall be credited up to the amount of the order of forfeiture.

4.  This Order will become a final order of forfeiture as to Defendant at sentencing.

5.     Jurisdiction is retained to the extent necessary to complete the

forfeiture and disposition of any substitute asset.

DONE and ORDERED in Fort Myers, Florida, on May 27, 2026.


_____

SHERI POSLTER CHAPPEL
UNITED STATES DISTRICT JUDGE


Copies:
Suzanne C. Nebesky
Counsel of Record